IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00306-WYD-KLM

DONALD TELLER, II; and
CAROLYN TELLER,

    Plaintiffs,

v.

DAVOL, INC.; and
C.R. BARD, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion to Vacate the April 10, 2008 Scheduling Conference and to Stay Proceedings Pending Completion of Transfer to Federal Multidistrict Litigation** [Docket No. 9; filed April 1, 2008] and **Defendants' Unopposed Motion for Extension of Time to Comply with Pre-Scheduling Conference Deadlines** [Docket No. 11; filed April 3, 2008].

    IT IS HEREBY **ORDERED** that **Defendants' Unopposed Motion to Vacate the April 10, 2008 Scheduling Conference and to Stay Proceedings Pending Completion of Transfer to Federal Multidistrict Litigation** [Docket No. 9; filed April 1, 2008] is **GRANTED**. Accordingly, the Scheduling Conference currently set for April 10, 2008 is **VACATED**.

    IT IS FURTHER **ORDERED** that all other requirements and deadlines in this case are stayed pending completion of the transfer of this case to the United States District Court for the District of Rhode Island.

    IT IS FURTHER **ORDERED** that **Defendants' Unopposed Motion for Extension of Time to Comply with Pre-Scheduling Conference Deadlines** [Docket No. 11; filed April 3, 2008] is **DENIED AS MOOT**.

    Dated: April 4, 2008